IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN DIXON, ) | |
| ) | No. C 09-02827 JW (PR) |
| Plaintiff, ) | |
| ) | ORDER OF DISMISSAL |
| vs. ) | |
| ) | |
| UNKNOWN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff filed a letter on June 24, 2009, seeking to file the instant civil rights action in pro se. Plaintiff did not attached a complaint to the pleading, so on the same day, the clerk of the Court sent plaintiff a notice that he must submit a complaint within thirty days of the notice or the action would be dismissed. (Docket No. 2.) On July 13, 2009, Plaintiff filed another letter with this Court indicating that filed the action in the wrong district. (Docket No. 4.)

A plaintiff has the absolute right to dismiss his or her action by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(i). Said dismissal may be with or without prejudice, but unless plaintiff's notice of dismissal states otherwise, it is deemed to be "without prejudice." See Fed. R. Civ. P. 41(a)(1);

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.09\Dixon02827_dismissal.wpd

1  Humphreys v. United States, 272 F.2d 411, 412 (9th Cir. 1959). No court order is
2  required. Plaintiff's notice of dismissal is effective by itself to terminate the action:
3  "[A]n action may be dismissed by the plaintiff without order of the court . . . by
4  filing a notice of dismissal." Fed. R. Civ. P. 41(a)(1); see also Hamilton v.
5  Shearson- Lehman American Exp. Inc., 813 F.2d 1532, 1534-1536 (9th Cir. 1987)
6  (Rule 41(a)(1)(i) does not require leave of court to dismiss the action).

7  Plaintiff's most recent letter, which the court construes as his "Notice of
8  Dismissal," was filed before service by the adverse party of an answer. Therefore,
9  the Court finds that plaintiff has the absolute right to dismiss his action voluntarily.
10 See Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this action is DISMISSED without
11 prejudice. See id.

12  The clerk shall terminate all pending motions as moot.

14  DATED:  September 2, 2009

    JAMES WARE
    United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.09\Dixon02827_dismissal.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARTIN DIXON,

         Plaintiff,

  v.

UNKNOWN,

         Defendant.
                                      /

Case Number: CV09-02827 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/11/2009 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Martin Dixon T-70180
California Medical Facility
P. O. Box 2000
Vacaville, Ca 95696-2000

Dated: 9/11/2009

                              Richard W. Wieking, Clerk
                          /s/ By: Elizabeth Garcia, Deputy Clerk